CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 2 5 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
MARCH 2021 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:21-cr-13 |
| | ) | |
| v. | ) | |
| | ) | **INDICTMENT** |
| | ) | |
| JAMES RUSSELL WEEKS, III | ) | **In Violation of:** |
| | ) | |
| | ) | 49 U.S.C. § 46306(b)(5) |

**COUNT ONE**

The Grand Jury charges:

1. On or about July 25, 2019, in the Western Judicial District of Virginia, the defendant, JAMES RUSSELL WEEKS, III, did own an aircraft, as defined in Title 49 Section 40102(a)(6), that weighed more than .55 pounds, and was eligible for registration under the terms of Title 49, and did knowingly and willfully operate that aircraft, and allow another to operate that aircraft, when the aircraft was not registered.

2. All in violation of Title 49, United States Code, Section 46306(b)(5).

A TRUE BILL this 25th day of March, 2021.

/s/Foreperson
FOREPERSON

FOR DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY

1