IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA     :
    :
v.     :   Case No. 7:21CR00013
    :
JAMES RUSSELL WEEKS, III     :

## AGREED STATEMENT OF FACTS

The events leading to Count One of the Indictment occurred in the City of Salem, in the Western District of Virginia.

On July 25, 2019, firefighters at Salem's main fire station were "buzzed" by a drone aircraft that darted at them a number of times, then flew inside the garage of the fire station where it crashed into a pole and became immobile. Police officers took possession of the drone to further investigate the incident. Later that day, Mr. Weeks came to the Salem Police Station seeking the return of the drone. In the course of his conversation with officers, he admitted that he owned the drone and had been operating it during its actions at the fire station.

The drone weighed more than .55 pounds, and so is considered to be an aircraft under the relevant statutory scheme. Because the drone is an aircraft, it was required to be registered with the FAA before it could be operated. It was not so registered on July 25, 2019, nor did Mr. Weeks have any other FAA registrations.

I agree that this is a correct statement of the facts that the United States would have proved, had this matter gone to trial.

_James Russell Weeks, III_
Defendant

_Randy Cargill, Esq._
Counsel for Defendant

RONALD BASSFORD
Digitally signed by RONALD BASSFORD
Date: 2021.11.01 14:41:10 -04'00'

Assistant United States Attorney